## COUCH V. THE STATE.

(Decided June 30, 1906. 41 So. Rep. 1037.)

APPEAL from Morgan Circuit Court.
Heard before Hon. D. W. SPEAKE.
JOHN C. EYSTER, LOWE & TIDWELL and WERT & WERT, for appellant.
MASSEY WILSON, Attorney General, for State.
Affirmed.
Per curiam.

---

## DISMUKES V. THE STATE.

(Decided June 30, 1906. 41 So. Rep. 1037.)

APPEAL from Marengo Circuit Court.
Heard before Hon. JOHN T. LACKLAND.
No counsel marked for appellant.
MASSEY WILSON, Attorney General, for State.
Affirmed.
Opinion by HARALSON, J.
WEAKLEY, C. J., and DOWDELL and DENSON, JJ., concur.

---

## HENDRICKS V. THE STATE.

(Decided June 5, 1906. 41 So. Rep. 1037.)

APPEAL from Hale Circuit Court.
Heard before Hon. B. M. MILLER.
DEGRAFFENRIED & EVINS, for appellant.
MASSEY WILSON, Attorney General, for State.
Reversed and remanded.
Opinion by WEAKLEY, C. J.
HARALSON, DOWDELL and DENSON, JJ., concur.